# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| JOSHUA VICK, | ) | No. CV 15-7489-BRO (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| JUDGE BOB S. BOWER, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: June 28, 2016

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE